IN THE UNITED STATES DISTRICT COURT **C L O S E D**
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KAZADI BIG MUSUNGAYI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 2:08-CV-10800 |
| vs. | ) | Judge Anna Diggs Taylor |
| | ) | Magistrate Judge Paul J. Komives |
| **WHIRLPOOL CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**
**GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE AND**
**DENYING DEFENDANT'S MOTION TO DISMISS [D/E 6]**

The Court, having received for filing Defendant's Motion To Dismiss Title VII Claim Pursuant to Fed.R.Civ.P 12(b)(3) or, in the Alternative, Transfer Venue Pursuant to 28 U.S.C. §1406(a), Motion to Transfer Remaining Claims Pursuant to 28 U.S.C. §1404(a), and Motion To Dismiss In Part Pursuant to Fed.R.Civ.P 12(b)(6), and having received and reviewed the Briefs of the parties, and having held a hearing on July 14, 2008, at which counsel for Whirlpool, and Plaintiff, appeared and presented argument,

IT IS ORDERED that Defendant's Motion to transfer venue is GRANTED. All claims shall be transferred to the United States District Court for the Northern District of Oklahoma for the reasons stated on the record. Defendant's Motion to dismiss pursuant to Fed.R.Civ.P 12(b)(3) and 12(b)(6) is DENIED.

IT IS SO ORDERED

DATED: July 22, 2008                                  s/ Anna Diggs Taylor
                                                      ANNA DIGGS TAYLOR
                                                      UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on July 22, 2008.

KAZADI BIG MUSUNGAYI
P.O. BOX 52743
TULSA, OK 74152

                                                s/Johnetta M. Curry-Williams
                                                Case Manager